B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Nocona Leather Goods Company, LTD. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>390 Airport Road, Fall River, MA 02720 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>105 Clay Street, Nocona, TX 76255 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Suffolk                                   ZIP CODE<br>                                                    02116 | ZIP CODE<br>76255 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Nocona, Texas

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>    or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor Nocona Leather Goods Company, LTD.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ Manager | x _____ 08/05/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Good Glove USA, LLC          08/05/2010 | David B. Madoff, Esq., Madoff & Khoury LLP |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| | Pine Brook Office Park, 124 Washington St./Suite 202 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| James J. Devaney  60 Fremont Street  Worcester, MA 01603 | Foxboro, MA 02035 |
| | Telephone No. 508-543-0040 |
| x /s/ Bruce Moncrieff w/permission DBM.   President | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Panef, Inc.                         08/05/2010 | |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Bruce Moncrieff  5700 W. Douglas Ave.  Milwaukee, WI 53218 | Telephone No. |
| x _____ Principal | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Cassela & Hespos              08/05/2010 | |
| Name of Petitioner                Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Gerald Hespos, Esq.  110 West 40th St.  Suite 2501  New York, NY 10018 | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Good Glove USA LLC, 60 Fremont St, Worcester MA 01603 | Breach of Contract | $79,623.09 |
| Panef, Inc., 5700 W. Douglas Ave., Milwaukee, WI 53218 | Breach of Contract | $46,000.00 |
| Gerald Hespos, 110 W. 40th St., Suite 2501, NY NY 10018 | Breach of Contract | $33,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

__X__ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                             Name of Debtor  Nocona Leather Goods Company, LTD.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ Manager | x_____ 08/05/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Good Glove USA, LLC          08/05/2010 | David B. Madoff, Esq., Madoff & Khoury LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | Pine Brook Office Park, 124 Washington St./Suite 202 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| James J. Devaney | Foxboro, MA 02035 |
| 60 Fremont Street | Telephone No. |
| Worcester, MA 01603 | 508-543-0040 |

| | |
|---|---|
| x_____ President | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Panef, Inc.                 08/05/2010 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Bruce Moncrieff | |
| 5700 W. Douglas Ave- | Telephone No. |
| Milwaukee, WI 53218 | |

| | |
|---|---|
| x_/s/ Gerald E. Hespos_____  Principal | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Cassela & Hespos             08/05/2010 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Gerald Hespos, Esq. | |
| 110 West 40th St. | Telephone No. |
| Suite 2501 | |
| New York, NY 10018 | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Good Glove USA LLC, 60 Fremont St, Worcester MA 01603 | Breach of Contract | $79,623.09 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Panef, Inc., 5700 W. Douglas Ave., Milwaukee, WI 53218 | Breach of Contract | $46,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Gerald Hespos, 110 W. 40th St., Suite 2501, NY NY 10018 | Breach of Contract | $33,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___X___ continuation sheets attached



B 5 (Official Form 5) (12/07) -- Page 2        Name of Debtor: Nocona Leather Goods Company, LTD.

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ (signature) Owner<br>Signature of Petitioner or Representative (State title)<br>Suarez & Associates        08/05/2010<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Oscar Suarez<br>PO Box 442<br>Scottsdale, AZ 85252 | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (if any)<br><br>Address<br><br>Telephone No. |
| x___ Individual<br>Signature of Petitioner or Representative (State title)<br>Jeremiah O'Connor        08/05/2010<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Jeremiah O'Connor<br>98 Barbara Road<br>Waltham MA 02453 | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (if any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br><br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (if any)<br><br>Address<br><br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Oscar Suarez, P.O. Box 442, Scottsdale, AZ 85252 | Breach of Contract | $36,000.00 |
| Jeremiah O'Connor, 98 Barbara Rd., Waltham MA 02453 | Breach of Contract | $277,791.00 |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $471,414.09 |

___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Nocona Leather Goods Company, LTD.

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title): Owner | Signature of Attorney | Date |
| Name of Petitioner: Suarez & Associates | Date Signed: 08/05/2010 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Oscar Suarez, PO Box 442, Scottsdale, AZ 85252 | Address / Telephone No. | |

| Signature of Petitioner or Representative (State title): Individual | Signature of Attorney | Date |
| Name of Petitioner: Jeremiah O'Connor | Date Signed: 08/05/2010 | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Jeremiah O'Connor, 98 Barbara Road, Waltham MA 02453 | Address / Telephone No. | |

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
| Name of Petitioner | Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address / Telephone No. | |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Oscar Suarez, P.O. Box 442, Scottsdale, AZ 85252 | Breach of Contract | $35,000.00 |
| Jeremiah O'Connor, 98 Barbara Rd., Waltham MA 02453 | Breach of Contract | $277,791.00 |
| | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: $471,414.09

_____ continuation sheets attached